IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-CR-253 LJO |
| ) | |
| Plaintiff, ) | ORDER PERMITTING GOVERNMENT TO |
| ) | RELEASE SEALED DOCUMENT TO PARTY |
| v. ) | IN 1:08-CR-254 LJO |
| ) | |
| JESUS FLETES, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

The United States of America, having applied to this Court for permission to release a document previously ordered sealed by this Court on April 24, 2009 to an opposing party 1:08-CR-254 LJO,

IT IS SO ORDERED, that the document previously filed under seal on April 24, 2009 may be released by the United States to the opposing party in case number 1:08-CR-254 LJO for use in that case.

DATED: October 20, 2009        /s/ Oliver W. Wanger
                               Honorable Oliver W. Wanger
                               U.S. District Judge

1