IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:08-CR-253 LJO |
| | ) |
| Plaintiff, | ) ORDER ON STIPULATION TO CONTINUE |
| | ) SENTENCING |
| v. | ) |
| | ) HONORABLE Lawrence J. O'Neill |
| JESUS FLETES, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendant, by and through his attorney of record, Nicolas Reyes, having stipulated and requested that the sentencing of this case, currently set for November 13, 2009, be moved to January 29, 2010, at 9:00 a.m; and good cause appearing therefore;

IT IS SO ORDERED.

**Dated:   November 10, 2009**        _/s/ Lawrence J. O'Neill_
                                              UNITED STATES DISTRICT JUDGE

1