**NICHOLAS F. REYES, #102114**
Attorney at Law
1107 "R" Street
Fresno, California 93721
Telephone: (559) 486-4500
Facsimile:    (559) 486-4533


Attorney for Defendant
**JESUS FLETES**

UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **CASE NO. 1:08-CR-253-LJO** |
| ) | |
| ) | **STIPULATION TO CONTINUE** |
| Plaintiff, ) | **SENTENCING** |
| ) | |
| v. ) | |
| ) | |
| JESUS FLETES ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant, JESUS FLETES, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, KATHLEEN SERVATIUS, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Friday, January 29, 2010, at 9:00 a.m. be continued to Friday, April 30, 2010 at 9:00 a.m. in the courtroom for the Honorable Lawrence J. O'Neill, District Judge.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 01-22-10                                       /s/ Nicholas F. Reyes
                                                                NICHOLAS F. REYES
                                                                Attorney for Defendant

**IT IS SO STIPULATED**

Dated: 1-22-10                                         /s/ Kathleen Servatius
                                                                KATHLEEN SERVATIUS
                                                                Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **CASE NO. 1:08-CR-253-LJO** |
| ) | |
| ) | **ORDER ON STIPULATION** |
| Plaintiff, ) | **TO CONTINUE SENTENCING** |
| ) | (DENIAL) |
| v. ) | |
| ) | |
| JESUS FLETES ) | |
| ) | |
| Defendant. ) | |
| _____) | |

A stipulation does not provide the good cause required by law. The request/stipulation to continue is DENIED.

IT IS SO ORDERED.

**Dated:   January 25, 2010**          /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

- 2 -