UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )   **CASE NO. 1:08-CR-253-LJO**
                                  )
            Plaintiff,            )   **ORDER ON STIPULATION**
                                  )   **TO CONTINUE SENTENCING**
     v.                           )
                                  )
JESUS FLETES,                     )
                                  )
            Defendant.            )
_____)

IT IS HEREBY ORDERED that the sentencing in this case currently scheduled for January 29, 2010 at 9:00a.m. be continued to April 30, 2010 at 9:00a.m. before the Honorable Judge Lawrence J. O'Neill.

IT IS SO ORDERED.

                                                    IT IS SO ORDERED.

**Dated:    January 25, 2010**        /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE