UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **CASE NO. 1:08-CR-253-LJO** |
| | ) | |
| | ) | **ORDER ON STIPULATION** |
| Plaintiff, | ) | **TO CONTINUE SENTENCING** |
| | ) | (DENIED) |
| v. | ) | |
| | ) | |
| JESUS FLETES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court has received and reviewed the stipulation of the parties filed April 28, 2010 (Doc. 31), concerning the sentencing in this case currently scheduled for April 30, 2010 at 9:00 a.m.   There is NO GOOD CAUSE.  Request DENIED.

IT IS SO ORDERED.

**Dated:   April 28, 2010**             /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE