UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **CASE NO. 1:08-CR-253-LJO** |
| | ) | |
| | ) | **ORDER ON STIPULATION** |
| Plaintiff, | ) | **TO CONTINUE SENTENCING** |
| | ) | |
| v. | ) | |
| | ) | |
| JESUS FLETES | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court has received and reviewed the stipulation and the declaration in support of the request to continue. GOOD CAUSE exists. The sentencing in this case currently scheduled for April 30, 2010 at 9:00a.m. be continued to June 4, 2010 at 9:00a.m. before the Honorable Judge Lawrence J. O'Neill.

IT IS SO ORDERED.

**Dated:   April 29, 2010**           /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE