UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **CASE NO. 1:08-CR-253-LJO** |
| ) | |
| ) | **ORDER ON STIPULATION** |
| Plaintiff, ) | **TO CONTINUE SENTENCING** |
| ) | |
| v. ) | |
| ) | |
| JESUS FLETES ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    IT IS HEREBY ORDERED that the sentencing in this case currently scheduled for June 4, 2010 at 9:00a.m. be continued to July 9, 2010 at 9:00a.m. before the Honorable Judge Lawrence J. O'Neill.   GOOD CAUSE EXISTS, pursuant to the stipulation.

IT IS SO ORDERED.

**Dated:   June 3, 2010**         /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE