UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:08-CR-253-LJO |
|---|---|---|
| Plaintiff, | ) ) ) | **ORDER ON STIPULATION TO CONTINUE SENTENCING** |
| v. | ) | |
| JESUS FLETES, | ) ) | |
| Defendant. | ) ) | |

The sentencing in this case currently scheduled for July 9, 2010 at 9:00a.m. is continued to July 23, 2010 at 9:00a.m. before the Honorable Judge Lawrence J. O'Neill. Good cause has been established in the stipulation and request.

IT IS SO ORDERED.

**Dated:   July 7, 2010**          /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE