UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **CASE NO. 1:08-CR-253-LJO** |
| | ) | |
| | ) | **ORDER ON STIPULATION** |
| Plaintiff, | ) | **TO CONTINUE SENTENCING** |
| | ) | |
| v. | ) | |
| | ) | |
| JESUS FLETES | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The sentencing in this case currently scheduled for July 23, 2010 at 9:00a.m. is continued to September 3, 2010 at 9:00a.m. before the Honorable Judge Lawrence J. O'Neill. Good Cause exists.

IT IS SO ORDERED.

**Dated:   July 19, 2010**          /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE