UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **CASE NO. 1:08-CR-253-LJO** |
| | ) | |
| Plaintiff, | ) | **ORDER ON STIPULATION TO CONTINUE SENTENCING** |
| v. | ) | |
| JESUS FLETES | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY ORDERED that the sentencing in this case currently scheduled for September 3, 2010 at 9:00a.m. be continued to October 8, 2010 at 9:00a.m. before the Honorable Judge Lawrence J. O'Neill.

IT IS SO ORDERED.

Dated: September 1, 2010             _/s/ Lawrence J. O'Neill_____
                                      HONORABLE LAWRENCE J. O'NEILL